UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHAEL KESSLER,

                        Plaintiff,                                     20 **CIVIL** 4229 (PGG) (SLC)

            -against-                                                       **JUDGMENT**

KILOLO KIJAKAZI, COMMISSIONER OF
SOCIAL SECURITY,

                        Defendant.
------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**    That for the reasons

set forth in the Court's Order dated February 21 2022, Judge Cave's R & R (Dkt. No. 26) is

adopted in its entirety. Plaintiff's motion for judgment on the pleadings is granted to the extent that

this case is remanded for further administrative proceedings. Defendant's motion for judgment on the

pleadings is denied.  Because the parties did not object to the R & R adopted herein, appellate review

of this Order is precluded. See, e.g., Wesolek v. Canadair Ltd., 838 F.2d 55, 58 (2d Cir. 1988). This

case is remanded to the Commissioner of Social Security for further proceedings.

**Dated:**  New York, New York
            February 22, 2022

                                                            **RUBY J. KRAJICK**
                                                    _____
                                                            Clerk of Court
                                            BY: _____

                                                            **Deputy Clerk**